# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

GARY RAY GARRIS,

      *Plaintiff*

v.

EASTERN STATE HOSPITAL,

      *Defendant*

Civil Action No. 2:14-CV-355-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: decided by Judge Justin L. Quackenbush on 11/04/14, denying Plaintiff Gary Ray Garris leave to file this action pro se and closing the file.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: November 4, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb